UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| FERDINAND KIPKORIR KIBOR, | CASE NO. 2:26-cv-01727-JNW |
| Petitioner, | ORDER |
| v. | |
| LAURA HERMOSILLO et al., | |
| Respondents. | |

Petitioner Ferdinand Kipkorir Kibor has moved for a temporary restraining order. Dkt. No. 5. Kibor is a Kenyan citizen with an order of withholding of removal to Kenya. *Id.* at 4. He is currently detained at the Northwest ICE Processing Center in Tacoma, Washington. He alleges that Respondents have notified him that they intend to remove him to Uganda and Cameroon, even though Kibor's reasonable-fear screenings for removal to Uganda and Cameroon are not yet complete. *Id.* at 2–3.

Under these circumstances, Kibor's removal threatens to moot his pending habeas petition before the Court can act. The Court therefore invokes its authority to grant a TRO to preserve the Court's jurisdiction and to maintain the status quo.

ORDER - 1

*See A.A.R.P. v. Trump*, 605 U.S. 91, 97 (2025) (Federal courts have "the power to issue injunctive relief to prevent irreparable harm to the applicants and to preserve [] jurisdiction over the matter.").

Accordingly, the Court orders as follows:

1. Petitioner's motion for a temporary restraining order, Dkt. No. 5, is GRANTED for the purpose of maintaining the status quo so that the Court may review the merits of the TRO motion after full briefing. The Court reserves ruling on all other aspects of the motion.

2. Respondents are PROHIBITED from removing Petitioner to any country or from the Northwest ICE Processing Center to any other detention facility during the pendency of these proceedings, without further order, unless necessary for medical evaluation, medical treatment, or release.

3. Respondents may file a response, if any, to Petitioner's TRO motion by 5:00 p.m. (PT) on May 27, 2026. No reply is permitted.

Dated this 22nd day of May, 2026.

Jamal N. Whitehead
United States District Judge

ORDER - 2